No. 93–377. DEPARTMENT OF TAXATION AND FINANCE OF NEW YORK ET AL. *v.* MILHELM ATTEA & BROS., INC., ET AL. Ct. App. N. Y. [Certiorari granted, *ante*, p. 943.] Motion of Saint Regis Mohawk Tribe et al. for leave to file a supplemental brief as *amici curiae* denied.

No. 93–670. HOWLETT *v.* BIRKDALE SHIPPING CO., S. A. C. A. 3d Cir. [Certiorari granted, *ante*, p. 1039.] Motion of National Association of Waterfront Employers for leave to file a brief as *amicus curiae* granted.

No. 93–714. U. S. BANCORP MORTGAGE CO. *v.* BONNER MALL PARTNERSHIP. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1039.] Motion of American College of Real Estate Lawyers for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–8040. MCFARLAND *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner to consolidate this case with No. 93–6497, *McFarland* v. *Collins, Director, Texas Department of Criminal Justice, Institutional Division* [certiorari granted, *ante*, p. 989], denied.

No. 93–1226. IN RE KUONO; and
No. 93–7461. IN RE ERWIN. Petitions for writs of mandamus denied.

No. 93–7492. IN RE GREEN. Petition for writ of mandamus and/or prohibition denied.